CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
Intel Corporation, Acer America Corporation, Daniel Patrick Docter, Andy Bryant, and Matthew Hulse

# UNITED STATES FEDERAL DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGUI MANKARUSE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware Corporation; ACER AMERICA CORPORATION, A Delaware Corporation; DANIEL PATRICK DOCTER, an individual; ANDY D. BRYANT, an individual; MATTHEW ROBERT HULSE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: SACV 19-01902-DOC (JDEx)<br><br>**JUDGMENT**<br><br>Judge:  Hon. David O. Carter<br>Date:    N/A<br>Time:    N/A<br>Crtrm.   9D<br><br>Complaint Filed:  October 3, 2019<br>Trial Date:            Not assigned |

On January 27, 2020, the Court issued an Order Granting Motion To Declare Plaintiff A Vexatious Litigant (Dkt. 34). The Court ordered Plaintiff Nagui Mankaruse ("Plaintiff") to pay a security bond in the amount of $25,000 on or before February 29, 2020 or this action would be dismissed. As of May 18, 2020, Plaintiff has failed to post the required bond. According, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this action is hereby **DISMISSED** in its entirety.

**IT IS SO ORDERED.**

Dated: May 18, 2020

_David O. Carter_
The Honorable David O. Carter
United States District Court Judge

CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
carolyn.luedtke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
Intel Corporation, Acer America
Corporation, Daniel Patrick Docter, Andy
Bryant, and Matthew Hulse

UNITED STATES FEDERAL DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGUI MANKARUSE, an individual, | Case No.: SACV 19-01902-DOC (JDEx) |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| INTEL CORPORATION, a Delaware Corporation; ACER AMERICA CORPORATION, A Delaware Corporation; DANIEL PATRICK DOCTER, an individual; ANDY D. BRYANT, an individual; MATTHEW ROBERT HULSE, an individual; and DOES 1 through 10, inclusive, | Complaint Filed:   October 3, 2019<br>Trial Date:             Not assigned |
| Defendants. | |

Case No. SACV 19-01902-DOC (JDEx)

PROOF OF SERVICE

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105-2907.

On May 18, 2020, I served true copies of the following document(s) described as

**NOTICE OF LODGING OF [PROPOSED] JUDGMENT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 18, 2020, at San Francisco, California.

/s/ *Stephanie Ferrell*
Stephanie Ferrell

**SERVICE LIST**

Nagui Mankaruse
19081 Carp Circle
Huntington Beach, CA 92646